No. 772. NATIONAL TANK & EXPORT CO. *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Eliot C. Lovett* and *Elisha Hanson* for petitioner.

*Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller, Whitney North Seymour,* and *William H. Riley, Jr.,* for the United States.